UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-00491-CJC(AJWx) | Date | May 31, 2011 |
| Title | Hyang Ran Jeon v. Wells Fargo Bank, N.A., et al. | | |

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND NOT COMPLYING WITH THE COURTS ORDER

On May 9, 2011, the Court issued a Minute Order granting Defendants' motion to dismiss with leave to amend. Plaintiff's amended complaint was due on or before May 29, 2011. In light of Plaintiff's failure to file an amended complaint, the Court ORDERS that this action is dismissed without prejudice.

  : 0

Initials of Preparer   mu